AO 450 (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SUSAN VARA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 04-73070 |
| v. | Honorable |
| AMERICAN RED CROSS, | |
| Defendant. / | |

■ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the Defendant and against the Plaintiff.

/s/ Jonie Parker
Deputy Clerk
Case Manager

Dated: July 21, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 21, 2005.

s/Jonie Parker
Case Manager